**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| FUTUREFUEL CHEMICAL COMPANY | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 1:11CV00061 SWW |
| LONZA, INC. and LONZA GROUP LTD. | * * * | |
| Defendants | * | |

**ORDER**

Janeen Olsen Dougherty, an attorney from Pennsylvania, seeks to appear before the Court *pro hac vice* as additional counsel for Defendants. The motion (docket entry #5) is GRANTED. Janeen Olsen Dougherty is hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Defendants.

IT IS SO ORDERED THIS 28TH DAY OF JULY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE