```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

FUTUREFUEL CHEMICAL COMPANY

v.                              NO. 1:11CV00061  SWW

LONZA, INC. AND LONZA GROUP LTD.

### ORDER OF DISMISSAL

Upon the plaintiff's notice of voluntary dismissal of separate defendant, Lonza Group Ltd., filed August 22, 2011,

IT IS THEREFORE ORDERED that separate defendant Lonza Group Ltd. hereby is dismissed without prejudice.

DATED this 24th day of August 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE